

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-16-00816-CR

Gilbert **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0226-CR-C
Honorable William Old, Judge Presiding

# O R D E R

In this appeal, appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. On May 1, 2017, appellant filed a letter, requesting additional time to file his own brief or appointment of new counsel. On May 8, 2017, we explained to appellant that pursuant to the procedures outlined in *Anders v. California*, 386 U.S. 738 (1967), appellant is not entitled to further appointed counsel unless this Court determines, after reviewing appellant's attorney's brief, any *pro se* brief filed, any brief filed by the State, and the appellate record, that appellant's appeal is not frivolous. We did grant appellant additional time to file his *pro se* brief and ordered that any pro se brief must be filed on or before July 10, 2017. Appellant has not filed a brief in conformity with the Rules of Appellate Procedure. He did, however, file a letter on June 2, 2017. We construe his letter as his *pro se* brief. The State may file a responsive brief within thirty days of the date of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.



Luz Estrada
Chief Deputy Clerk